UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVANNA R. GREER,

Plaintiff,

v.

SACRAMENTO COUNTY, et al.,

Defendants.

Case No.  2:25-cv-03571-DJC-CSK

ORDER

(ECF No. 13.)

On February 3, 2026, the Magistrate Judge filed findings and recommendations (ECF No. 13), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On February 10, 2026, Plaintiff filed objections to the findings and recommendations (ECF No. 16), including objecting that the domestic relations exception and the *Rooker-Feldman* doctrine do not apply to this action.  The Court has considered all objections raised.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review.   The Court has carefully reviewed the file, including Plaintiff's objections, and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 13) are ADOPTED IN FULL;

2. Plaintiff's Complaint (ECF No. 1) is DISMISSED sua sponte for lack of subject matter jurisdiction;

3. Plaintiff's motion for temporary restraining order (ECF No. 3) is DENIED as moot; and

4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   **February 27, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/gree25cv3571.JO.obj